UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**Juan Manuel RENDON-Cardenas**<br>(AKA: Manuel BELTRAN)<br><br>Defendant. | Magistrate Case No.<br><br>**08 MJ 1458**<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326;<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about, **May 06, 2008**, within the Southern District of California, defendant, **Juan Manuel RENDON-Cardenas (AKA: Manuel BELTRAN)**, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Immigration Enforcement Agent,
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **8th** DAY OF **May** 2008.

UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
NAME: RENDON-Cardenas, Juan Manuel (AKA: BELTRAN, Manuel)

## PROBABLE CAUSE STATEMENT

On Tuesday, May 06, 2008, the defendant identified as Juan Manuel RENDON-Cardenas (AKA: Manuel BELTRAN) was arrested by the San Diego Sheriff's Office for violation of Penal Code 647(F) "Disorderly Conduct: Alcohol" and booked into county jail. While in the custody of county jail, an Immigration Enforcement Agent determined the defendant to be a citizen of Mexico and placed a Form I-247 "Immigration Detainer" pending his release. On May 7, 2008, the defendant was referred to the custody of Immigration and Customs Enforcement (ICE). A Deportation Officer reviewed various sources of information and conducted official record checks confirming the defendant to be a citizen of Mexico having been previously removed from the United States on at least ten occasions.

A thorough review of official immigration computer database record checks and information contained in the Alien Registration file revealed that the defendant was ordered removed from the United States by an Immigration Judge on or about July 12, 2005 and removed the same day to Mexico via the San Ysidro Port of Entry. Record checks further revealed that the defendant was ordered removed from the United States on at least seven occasions. Record checks further indicate that the defendant has not applied to the Attorney General of the United States or the Secretary of the Department of Homeland Security for permission to re-enter the United States.

The Automated Biometric Fingerprint Identification System "IDENT" and Automated Fingerprint identification System "IAFIS" were utilized and compared the defendant's fingerprints to those contained in these databases. The results confirmed the defendant's identity as Juan Manuel RENDON-Cardenas a citizen and national of Mexico. A photograph and a set of fingerprints contained within the official Alien Registration File were also reviewed and compared to the defendant, further confirming his identity.

Based upon the foregoing information, there is probable cause to believe that Juan Manuel RENDON-Cardenas has illegally re-entered the United States after Deportation, in violation of Title 8 of the United States Code 1326, Deported Alien Found in the United States.